# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Wendell L. Cruse,**

    **Plaintiff,**             Civil Action 2:18-cv-1543

    v.                    Judge Michael H. Watson

**Shelley Phan,**             Chief Magistrate Judge Elizabeth P. Deavers

    **Defendant.**

## ORDER

On January 24, 2019, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. R&R, ECF No. 8. The R&R notified Plaintiff of his right to object within fourteen days and of the consequences for failing to do so. *Id.* at 5. Namely, the R&R notified Plaintiff that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the judgment of the District Court. *Id.* The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES WITH PREJUDICE** this action in its entirety. The Clerk shall enter judgment for Defendant and terminate this case.

    IT IS SO ORDERED.

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**